## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**SOUTH LAFOURCHE BANK & TRUST CO.**                    **CIVIL ACTION**

**VERSUS**                                              **No. 21-1562**

**M/V JENNY W.,** *IN REM,*
**M/V LIL SUSAN S.,** *IN REM,* **AND**
**S & W MARINE, INC.,** *IN PERSONAM*                   **SECTION I**

### ORDER

Pending before the Court is a motion[1] "for publication of notice" filed by plaintiff, South Lafourche Bank & Trust Company.  Plaintiff "desires to give notice of the commencement of this action," via newspaper publication, "to the Master or other ranking officer or caretaker" of the vessels underlying this litigation, as well as "any and all persons, firms or corporations who have or may have notice of claim or any individual lien against" the vessels.[2]

Plaintiff suggests that such notice is "required by law" without citing to any specific authority.[3]  The Court notes, though, for *in rem* actions, "[n]o notice other than execution of process is required when the property that is the subject of the action has been released under Rule E(5)."  Fed. R. Supp. Adm. & Mar. Cl. C(4). Newspaper publication may later become necessary if a vessel is not released within fourteen days after execution of process.  *Id.*  In any event, "[t]his rule does not affect

---

[1] R. Doc. No. 5.
[2] *Id.* at 1.
[3] *Id.*

the notice requirements in an action to foreclose a preferred ship mortgage under 46 U.S.C. §§ 31301 et seq." *Id.* In relevant part, to "enforce a claim for the outstanding indebtedness secured by [a] mortgaged vessel," one must provide "*[a]ctual notice* of a civil action" to "any person that recorded" an "unexpired notice of a claim of an undischarged lien on the vessel." *See* 46 U.S.C. §§ 31325(b)(2), (d)(1)(B) (emphasis supplied).

As plaintiff's motion does not cite to any statute or provision of the Supplemental Rules for Certain Admiralty and Maritime Claims or the Local Admiralty Rules, the Court construes it as a request to publish notice under Fed. R. Supp. Adm. & Mar. Cl. C(4). However, the vessels have not yet been arrested. Accordingly,

**IT IS ORDERED** that plaintiff's motion is **DENIED WITHOUT PREJUDICE** as premature.

New Orleans, Louisiana, August 25, 2021.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**